ACCEPTED
03-14-00267-CV
5383700
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/21/2015 3:18:10 PM
JEFFREY D. KYLE
CLERK

**No. 03-14-00267-CV**

In the Third Court of Appeals

Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/21/2015 3:18:10 PM
JEFFREY D. KYLE
Clerk

**DAISY WANDA GARCIA,** *APPELLANT*

*v.*

**THOMAS LEE BAUMGARTEN,** *APPELLEE*

APPEAL FROM CAUSE NO. D-1-GN-12-002429
201ST DISTRICT COURT OF TRAVIS COUNTY, TEXAS
HON. CHARLES RAMSEY PRESIDING

**MOTION FOR LEAVE TO WITHDRAW**

John L. Foster
Texas Bar No. 07289000

Foster Ramsey
812 San Antonio Street
Suite 400
Austin, Texas 78701
Telephone: 512-476-4473
Fax: 512-474-1606
jfoster@fosterramsey.com

*Counsel for Appellant*
*Daisy Wanda Garcia*

## GROUNDS

Now comes Counsel for Appellant, Daisy Wanda Garcia, and respectfully requests to withdraw as legal counsel from Case No. 03-14-00267-CV. Based on conversations with my client, it is in agreement that I withdraw as legal counsel. Appellant designates Stephen Casey as her lead counsel on appeal. The necessary information for Stephen Casey is as follows:

> Stephen Casey
> Texas Bar No. 24065015
> Casey Law Office, P.C.
> 595 Round Rock West Drive
> Suite 102
> Round Rock, TX 78681
> Phone: (512) 257-1324
> Fax: (512) 853-4098
> info@caseylawoffice.us

## PRAYER

Wherefore premises considered, said Attorney of Record prays the Court grant this motion.

Respectfully submitted,

/s/ John L. Foster

John L. Foster
Texas Bar No. 0728900

Foster Ramsey
812 San Antonio Street
Suite 400
Austin, Texas 78701
Telephone: 512-476-4473
Fax: 512-474-1606
jfoster@fosterramsey.com

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferenced with opposing counsel on this motion.

Opposing Counsel is unopposed to the motion.

_____ /s/ John L. Foster

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2015, in compliance with Texas Rules of Appellate Procedure, I served a copy of this motion upon opposing counsel and current lead counsel.  A copy of this motion has also been sent by United States Postal Service Regular Mail and Certified Mail Return Receipt Requested to Appellant, Daisy Wanda Garcia.

Nicholas P. Laurent
McGinnis, Lochridge & Kilgore, L.L.P.
600 Congress Avenue, Suite 2100
Austin, TX 78701
Phone:  (512) 495-6000
Fax:  (512) 495-6093

nlaurent@mcginnislaw.com

*Counsel for Thomas Lee Baumgarten*


Stephen Casey
Casey Law Office, P.C.
595 Round Rock West Drive, Suite 102
Round Rock, TX 78681
Phone:  (512) 257-1324
Fax:  (512) 853-4098
info@caseylawoffice.us

*Counsel for Daisy Wanda Garcia*


Daisy Wanda Garcia
1501 West 9th Street, Apt. D
Austin, TX 78703

*Appellant*

       /s/ John L. Foster